**LAVI & EBRAHIMIAN, LLP**
Joseph Lavi, Esq. (SBN 209776)
Vincent C. Granberry, Esq. (SBN 276483)
J. Jason Hill, Esq. (SBN 179630)
8889 W. Olympic Boulevard, Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001
Email:        jlavi@lelawfirm.com
              vgranberry@lelawfirm.com
              jhill@lelawfirm.com

Attorneys for Plaintiff ARACELI L HERNANDEZ,
on behalf of herself and others similarly situated, and on
behalf of aggrieved employees

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ARACELI L HERNANDEZ, on behalf of herself and others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC MOUNTAIN LOGISTICS, LLC; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 5:25-cv-03054-KK-SP<br><br>San Bernardino Superior Court Case Nos.: CIVSB2504719 ("Class") and CIVSB2512219 ("PAGA")<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Magistrate Judge Sheri Pym<br>Courtroom 4, 3rd Floor<br>3470 Twelfth Street<br>Riverside, California 92501<br><br>Filed:  February 14, 2025<br>Removed: November 14, 2025 |

[Proposed] ORDER GRANTING PROTECTIVE ORDER
1

## PROTECTIVE ORDER

**THE COURT, upon review and consideration of the revised proposed JOINT STIPULATED PROTECTIVE ORDER** (docket no. 49) by and between plaintiff ARACELI L. HERNANDEZ and defendant PACIFIC MOUNTAIN LOGISTICS, LLC (collectively, "Parties"), by and through their respective counsel of record, the COURT finds GOOD CAUSE exists to issue a protective order so as to facilitate the exchange of information and documents amongst the Parties which may be subject to confidentiality limitations on disclosure due to federal laws, state laws, and privacy rights, and finding that the Parties' revised proposed JOINT STIPULATED PROTECTIVE ORDER reasonably protects such rights without substantially interfering with the right of access to public records.

The COURT GRANTS the Order, subject to the limitations, exclusions, and means to deem matters insufficient to be deemed Confidential in the proposed Order as sufficient to balance the various rights of the Parties, the public, and the Court.

**IT IS SO ORDERED.**

Dated: May 22, 2026    _____

The Hon. Sheri Pym
U.S. Magistrate Judge

---

**[Proposed] ORDER GRANTING PROTECTIVE ORDER**
2